**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN E. FRIEDMAN, | CASE NO. CV 09-04259-RGK (CTx) |
| Plaintiff(s), | |
| vs. | |
| BINDER SALEM COMPANY, INC., et al., | **ORDER DISMISSING CIVIL ACTION** |
| Defendant(s). | |

On December 30, 2009, the Court issued an Order to Show Cause ("OSC") re Dismissal re Lack of Prosecution and plaintiff was ordered to respond to the OSC not later than January 11, 2009 (DE 17). On January 2, 2009, plaintiff filed a declaration in response to the OSC (DE 18).

Plaintiff has failed to file an application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure. Therefore, the Court dismisses the action for lack of prosecution.

**IT IS SO ORDERED.**

DATED: January 14, 2010

_____
**R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**